IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:15CR5 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| JEBERT PENA-SOTO, ) | |
| ) | |
| Defendant. ) | |

The court's records show the Office of the Clerk of Court sent a notice on April 14, 2015 (Ex Parte Text Notice No. 29), to Nicole L. Cavanaugh by electronic filing. The notice directed the attorney to pay the 2015/2016 attorney assessment fee, as required by NEGenR 1.7(h), within thirty days. As of the close of business on May 29, 2015, the attorney had not complied with the request set forth in the notice from the Office of the Clerk.

**IT IS ORDERED:**

**On or before June 15, 2015,** attorney Nicole L. Cavanaugh, shall pay the assessment or show cause by written affidavit why she cannot comply with the rules of the court. Failure to comply with this order will result in the court removing Ms. Cavanaugh as counsel of record for the defendant.

Dated this 1st day of June 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge